STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-6753
    Richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-CR-00153 VC |
| Plaintiff, | **[~~PROPOSED~~] DETENTION ORDER** |
| v. | |
| JONATHAN ESCOBAR, | |
| Defendant. | |

On April 15, 2021, defendant Jonathan Escobar was charged by indictment with use/carrying of a firearm in furtherance of a crime of violence (to wit, murder in aid of racketeering) resulting in death, in violation of Title 18, United States Code Sections 924(j)(1) and 2, and use/carrying of a firearm in furtherance of a crime of violence (to wit, attempted murder in aid of racketeering), in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

This matter came before the Court on June 2, 2021, for a detention hearing. The defendant was present and represented by Jay Rorty. Assistant United States Attorney Richard Ewenstein appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. The government also submitted, in advance of the hearing, a memorandum with exhibits in support of its motion for detention.

[PROPOSED] DETENTION ORDER      1      v. 11/01/2018
3:21-CR-00153 VC

1 | Upon consideration of the facts, proffers and arguments presented in briefing and at the hearing, as well as the pre-sentence report, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant will be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, and upon consideration of the factors set forth in Title 18, United States Code, Section 3142(i), the Court makes the following finding as the basis for its conclusion: given the nature of the offense alleged, as well as the history and characteristics of the defendant, the Court determines that no condition or combination of conditions of release can reasonably assure the safety of any other person or the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the

//
//
//
//
//
//

defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

    IT IS SO ORDERED.

DATED: June 4, 2021

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge